1

2   HEATHER C. YAKELY, #28848
3   EVANS, CRAVEN LACKIE, P.S.
    W. 818 Riverside
4   Suite 250, Lincoln Building
5   Spokane, WA  99201
    (509) 455-5200
6   hyakely@ecl-law.com
7   Attorneys for Defendants

8

9

10

11              UNITED STATES DISTRICT COURT
12             EASTERN DISTRICT OF WASHINGTON

13

14

15   SHAUN L. ROCKSTROM,
16                                        NO.:
                           Plaintiff,
17                                        Spokane County Superior Court
18   vs.                                  Cause No.:  18-2-02413-1

19
     SPOKANE COUNTY,                      NOTICE OF REMOVAL OF
20   WASHINGTON, DEPUTY                   ACTION BY DEFENDANT
21   SAMUEL TURNER; DEPUTY               PURSUANT TO 28 U.S.C. §1441
     CHAD EATON; and DEPUTY
22   MICHAEL KEYS.
23
24                         Defendants.
25
26   TO:  Clerk of the Court,

27        **PLEASE TAKE NOTICE** that Defendants hereby remove to this Court
28
29   the state court action described below.

30   NOTICE OF REMOVAL OF ACTION
     - page 1
                                         *Evans, Craven & Lackie, P.S.*
                                         818 W. Riverside, Suite 250
                                         Spokane, WA 99201-0910
                                         (509) 455-5200; fax (509) 455-3632

1.    State Court Action

Defendants Spokane County, DEPUTY SAMUEL TURNER; DEPUTY CHAD EATON; and DEPUTY MICHAEL KEYS are parties in the above-entitled action originally commenced on, June 1, 2018 and pending in the Superior Court of the State of Washington in and for Spokane County, Cause No. 18-2-02413-1.

2.    Federal Question Jurisdiction

Plaintiff filed his Complaint in the Superior Court of the State of Washington in and for Spokane County on June 1, 2018. He alleges both state and federal claims of:

- Negligence (Complaint para. 13);

- Respondeat Superior from Spokane County (Complaint para. 14);

- Excessive force under violations of civil rights under 42 U.S.C. § 1983 (Complaint para 15);

- Failure to train, supervise and discipline officers of Plaintiff (Complaint, para. 16);

- Plaintiff further seeks punitive damages and attorney fee and costs in his prayer for relief.

NOTICE OF REMOVAL OF ACTION
- page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1
2       Accordingly, this action is removable to federal court under 28 U.S.C. §
3
4   1441, as Plaintiffs' claims arise under the Constitution, laws, or treaties of the
5
6   United States, and this Court would have had original jurisdiction over Plaintiffs'
7
8   claims under 28 U.S.C. §§ 1331 and 1343 had Plaintiffs elected to file the action
9
10  in federal court.  This Court is the District Court of the United States for the
11
12  District embracing the location where the state court action is currently pending,
13
14  and is therefore the appropriate Court for removal pursuant to 28 U.S.C. § 1441(a).
15
16      3.      Timely Removal
17
18      Defendant, Spokane County was served on June 1, 2018.  Upon information
19
20  and belief, the Deputies have not yet been personally served. This Notice of
21
22  Removal is properly filed within 30 days after the alleged service of the Complaint
23
24  for Negligence and Violation of Civil Rights. *See* 28 U.S.C. § 1446(b).
25
26      4.      Papers Served on Defendant
27
28      Copies of all process, and any pleadings served upon Defendant are attached
29
30  as Exhibits to the Certificate of Attorney.

        WHEREFORE, Defendants prays that the above-entitled action be removed

to this Court from the Superior Court of the State of Washington in for Spokane

County.

NOTICE OF REMOVAL OF ACTION
- page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

DATED this _____ day of June, 2018.

EVANS, CRAVEN & LACKIE, P.S.

By: _____
HEATHER C. YAKELY, #28848
Attorneys for Defendants

NOTICE OF REMOVAL OF ACTION
- page 4

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned hereby certifies under penalty of perjury under the laws of the state of Washington, that on the 15 day of June, 2018, the foregoing was delivered to the following persons in manner indicated:

Richard D. Wall                 Via Regular Mail        ☐
Richard D. Wall, P.S.           Via Certified Mail      ☐
Attorney at Law                 Via Facsimile           ☐
1604 W. Dean                    Hand Delivered          ☒
Spokane, WA 99201


Adrien Plummer, Legal Assistant to
HEATHER C. YAKELY

NOTICE OF REMOVAL OF ACTION
- page 5

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632