# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2019

SEAN F. McAVOY, CLERK

SHAUN L. ROCKSTROM,

*Plaintiff*

v.

SPOKANE COUNTY, WASHINGTON; DEPUTY SAMUEL TURNER; DEPUTY CHAD EATON; and DEPUTY MICHAEL KEYS,

*Defendant*

Civil Action No. 2:18-CV-197-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Costs are not automatically awarded.

This action was *(check one)*:

☑ tried by a jury with Judge Rosanna Malouf-Peterson presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 8/2/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/Michelle Fox
*(By) Deputy Clerk*

Michelle Fox